74 So.2d 527

**ATLANTIC COAST LINE R. CO.**

v.

**Annie ADAMS.**

**6 Div. 727.**

Supreme Court of Alabama.

Aug. 30, 1954.

Huey, Stone & Patton, Bessemer, for petitioner.

Ling & Bains, Bessemer, opposed.

CLAYTON, Justice.

Petition of Atlantic Coast Line Railroad Company for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Atlantic Coast Line R. Co. v. Adams, 37 Ala.App. 538, 74 So.2d 524.

Writ denied.

LIVINGSTON, SIMPSON and GOODWYN, JJ., concur.

74 So.2d 524

**Frank Claire BROWN**

v.

**STATE.**

**I Div. 606.**

Supreme Court of Alabama.

Aug. 30, 1954.

Wilters & Brantley, Bay Minette, for petitioners.

Si Garrett, Atty. Gen., and Robt. Straub, Asst. Atty. Gen., opposed.

CLAYTON, Justice.

Petition of Frank Claire Brown for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Brown v. State, 37 Ala.App. 595, 74 So.2d 521.

Writ denied.

LIVINGSTON, SIMPSON and GOODWYN JJ., concur.

74 So.2d 277

**Herman W. BROWN v. STATE.**

**6 Div. 719.**

Supreme Court of Alabama.

June 24, 1954.

Rehearing Denied Aug. 30, 1954.

Ray & Giles, Birmingham, for petitioner.

Si Garrett, Atty. Gen., Robt. P. Bradley, Asst. Atty. Gen., opposed.

MERRILL, Justice.

Petition of Herman W. Brown for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Brown v. State, 37 Ala.App. 516, 74 So.2d 273.

Judgment affirmed.

LIVINGSTON, C. J., and SIMPSON and GOODWYN, JJ., concur.